and United States of America X-Relator Adventist Health the United States versus AbbVie Inc. 24-2180. So maybe yeah I want to make a record on this and my understanding is it would be counsel okay who's at the podium right now your honor is Scott Simmer on behalf of Adventist Health all right and all right my understanding though the person that is not well is on the other side no she's my co-co-co she's your co-counsel okay so I guess we start it sounds like there's and a total emergency the person's in the hospital right now and so it's not I don't take these things lightly and we certainly hope we wish for a speedy recovery as far as that goes so we've got a number of options I know we also have here what the United States is here as amicus and they're arguing and you've traveled from Washington DC is that correct okay and then we've got defendant appellees and we have who do we have here for that morning your honor's Jeffrey buckles for defendants at police and you came from Washington to write your honor okay so I know people have traveled I and the court determines it is an actual emergency but then I would I want to ask for Adventist Adventist since its co-counsel are you prepared to go ahead unfortunately not this just arose like half an hour ago so I'm not prepared to argue well but sometimes people are prepared there you know I would say like if it were a moot court final what would you do what would you be ready to step in or you also have the government arguing and I don't know if you would be prepared to have the government make your argument because it seems that they're fairly aligned with you I'm on only one issue however on there are other issues that they didn't file their mickey on that I'm assuming they're not prepared to argue on those all right so let me I've conferred not about necessarily about the case at this point but I've conferred with judges to sign into Alba on this now obviously I know I have seasoned counsel here and you all know that we don't have to have our oral argument that's our it's our we recognize and so by virtue of the it's not a right that anyone has we can make that determination so what we're going to propose at this point since apparently if if we were ready to go ahead on any level I would say we would go ahead just because everyone's here we're going to conference after on the merits of the case and if we believe at that point that we don't think additional oral argument would be necessary for us to decide the case because I'm sure that you all know that we're fully up to speed at this point we've read everything that's submitted we're ready to to go forward and we would conference anyway if we feel that we can decide it without any additional argument we'll submit it on the briefs and then we will we will issue a decision if we feel after we conference today that we think that we that oral argument would that the point of oral argument is to assist us and our deliberative process even though I know advocates always want to have oral argument but it's really it's do we need that and our proposal at that point if after we conference we feel that we need oral argument we'll schedule it remotely so we'll notify the parties on that is there anyone that wanted to you can object but I just as an alternative your honor and I won't know about this for a few more hours miss Dorsey's at the hospital right now she said that she might be you know released to be able to argue the case tomorrow if the case could be fit into the courts calendar we know the panel is sitting tomorrow as well we aren't sitting tomorrow or not we are not sitting tomorrow we've and in fact I know that everyone has airplanes and all of that they're leaving this afternoon so I think that would not be it would not be a viable option at this point so but I think but we will you know we do decide cases without oral argument I know that that's shocking to the lawyers but and we have the right to do that but but on the other hand we if we feel that we need it we're gonna do what we need to do in order to decide the case fairly to all of the parties so that's where we are at this point so at since I don't think that proposal works then we won't have argument today and I won't we will notify the clerk after if we're submitting what we're you know how we're proceeding we'll let you know okay is that acceptable and please give your your co-counsel our you know deepest concerns and she's in our thoughts and prayers for a speedy recovery and we know that you know it's obvious you know surprisingly I know this will be shocking to all of you but that I don't always accept that people are sick that sometimes it's sort of like when your children tell you they're sick and they co-counsel we're we're truly concerned for that and we know that it's an we know that it's an emergency and we know that no one had any intention to cause any difficulties for anyone and I'm sorry that you know I'm sorry we're sorry and we wish for a speedy recovery thank you thank you
judges: CALLAHAN, DESAI, ALBA